Certificate Number: 17082-PAW-DE-033617473

Bankruptcy Case Number: 19-10881



17082-PAW-DE-033617473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 28, 2019</u>, at <u>9:05</u> o'clock <u>PM MST</u>, <u>SHANE E LAGRANDEUR</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>October 28, 2019</u>

By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>