IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
  Shane E. LaGrandeur                                 :
        Debtor                                       :
                                             :    Bankruptcy No. 19-10881-TPA
NewRez, LLC  d/b/a Shellpoint Mortgage   :
Servicing,                                :
                                             :    Chapter 13
        Movant                                   :
                                             :
           v.                                      :    Claim No. 6
                                             :
Shane E. LaGrandeur                          :
and Ronda J. Winnecour, Esq. Trustee     :
 Respondents                             :
                                             :
                                             :

## DECLARATION

NOW, this 20th day of October 2020, upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by NewRez, LLC b/b/a Shellpoint Mortgage Servicing at <u>Claim No. 6</u> in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, in that  the mortgage payments are paid directly by the co-obligor on the loan.

Dated: <u>October 20, 2020</u>        Signed:   <u>/s/ Rebeka A. Seelinger Esq.</u>
                                                        Rebeka A Seelinger Esq.
                                                        Pa. I.D. #93897
                                                        4640 Wolf Rd
                                                        Erie, PA 16505
                                                        (814)-824-6670
                                                         E-Mail: rebeka@seelingerlaw.com