**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHANE E. LAGRANDEUR<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:19-10881 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 24, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/30/2019 and confirmed on 10/30/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 429.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,929.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2142 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHANE E. LAGRANDEUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   LVNV FUNDING LLC | 5,343.71 | 889.46 | 0.00 | 889.46 |
|     Acct: 1541 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,193.59 | 864.47 | 0.00 | 864.47 |
|     Acct: 6637 | | | | |
|   DISCOVER BANK(*) | 19,232.06 | 3,201.18 | 0.00 | 3,201.18 |
|     Acct: 9132 | | | | |
|   CAPITAL ONE NA** | 464.46 | 77.31 | 0.00 | 77.31 |
|     Acct: 5964 | | | | |
|   UPMC HEALTH SERVICES | 100.00 | 16.65 | 0.00 | 16.65 |
|     Acct: 4483 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 131.73 | 21.93 | 0.00 | 21.93 |
|     Acct: 0001 | | | | |
|   RALPH EAGLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 5,071.00 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 5,071.00 |
| TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 0.00 | |
|   UNSECURED | 30,465.55 | |

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHANE E. LAGRANDEUR

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-10881 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shane E. LaGrandeur  
    Debtor

Case No. 19-10881-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2  
Date Rcvd: Aug 25, 2022     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane E. LaGrandeur, 1696 Robison Road West, Erie, PA 16509-4988 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15115351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:13 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15146341 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15115352 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:19 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15115353 | | Email/Text: mrdiscen@discover.com | Aug 25 2022 23:38:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15118398 | | Email/Text: mrdiscen@discover.com | Aug 25 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15115356 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2022 23:38:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15135922 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:43:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184824 | | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2022 23:38:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15154211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15115355 | | Email/Text: signed.order@pfwattorneys.com | Aug 25 2022 23:38:00 | Ian Z. Winograd, Esquire, Pressler, Felt & Warshaw, LLP, 400 Horsham Rd., Suite 110, Horsham, PA 19044 |
| 15115357 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 25 2022 23:39:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15142864 | ^ | MEBN | Aug 25 2022 23:38:01 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15146014 | | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2022 23:43:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 14
TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15115358 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15115359 | *+ | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15115360 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15115361 | * | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 15115363 | *+ | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15115362 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Ian Z. Winograd, Esquire, Pressler, Felt & Warshaw, LLP, 400 Horsham Rd., Suite 110, Horsham, PA 19044 |
| 15115364 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15148965 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15115354 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 3 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Shane E. LaGrandeur rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4