**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/17/22 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>SHANE E. LAGRANDEUR<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-10881 TPA<br><br>Chapter 13<br><br>Document No.:  32 |

### ORDER OF COURT

AND NOW, this ___17th___ day of ___October___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

ENTERED BY DEFAULT

BY THE COURT:

_____
Gregory L. Taddonio  jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shane E. LaGrandeur  
    Debtor

Case No. 19-10881-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane E. LaGrandeur, 1696 Robison Road West, Erie, PA 16509-4988 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15115351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2022 00:09:48 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15146341 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2022 00:09:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15115352 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2022 00:09:47 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15115353 | | Email/Text: mrdiscen@discover.com | Oct 18 2022 00:00:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15118398 | | Email/Text: mrdiscen@discover.com | Oct 18 2022 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15115356 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2022 00:00:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15135922 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 00:09:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184824 | | Email/Text: mtgbk@shellpointmtg.com | Oct 18 2022 00:00:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15154211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 00:09:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15115355 | | Email/Text: signed.order@pfwattorneys.com | Oct 18 2022 00:00:00 | Ian Z. Winograd, Esquire, Pressler, Felt & Warshaw, LLP, 400 Horsham Rd., Suite 110, Horsham, PA 19044 |
| 15115357 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 18 2022 00:00:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15142864 | ^ | MEBN | Oct 17 2022 23:58:44 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15146014 | | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2022 00:09:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

Case 19-10881-GLT    Doc 41    Filed 10/19/22    Entered 10/20/22 00:26:55    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 17, 2022 | Form ID: pdf900 | Total Noticed: 14 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 15115358 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15115359 | *+ | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15115360 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15115361 | * | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 15115363 | *+ | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15115362 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Ian Z. Winograd, Esquire, Pressler, Felt & Warshaw, LLP, 400 Horsham Rd., Suite 110, Horsham, PA 19044 |
| 15115364 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15148965 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15115354 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 3 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Shane E. LaGrandeur rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4